IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br><br>   Plaintiff,<br><br> v.<br><br>JUDGE THOMAS REARDON,<br><br>   Defendant.       / | No. C 14-00908 CRB<br><br>**ORDER** |

On April 29, 2014 Defendants filed motions to dismiss. Dkts. 23, 24, 27. On June 2, 2014 Plaintiff filed an Amended Complaint. Dkt. 52. Federal Rule of Civil Procedure 15(a)(1)(b) requires that any amendment to pleadings occur within 21 days after service of a responsive pleading or a Rule 12 motion, whichever is earlier. Here, more than 21 days elapsed from the date of service on the Rule 12 motions until Plaintiff filed the Amended Complaint. Therefore, for purposes of the pending motions, the Court will not consider the Amended Complaint and the original Complaint ("Petition for Writ of Certiorari") (dkt. 1) is the operative complaint. Briefing on the pending motions has been completed and the Court will hear oral argument, as scheduled, at 10:00 AM on July 11, 2014.

**IT IS SO ORDERED.**

Dated: June 2, 2014

                 CHARLES R. BREYER
                 UNITED STATES DISTRICT JUDGE